UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ADRIAN McKNIGHT,<br><br>                    Petitioner,<br>        v.<br><br>WILLIAM GITTERE, *et al.*,<br><br>                    Respondents. | Case No. 3:23-cv-00073-ART-CSD<br><br>ORDER |

On February 28, 2023, the Court entered an order directing Petitioner, Adrian McKnight, to either pay the standard $5.00 filing fee for his habeas corpus petition or file an application to proceed *in forma pauperis* within 30 days. ECF No. 4. McKnight has not complied with the Court's order within the allotted time, so the Court will dismiss this action.

It is therefore ordered that this action is dismissed without prejudice for McKnight's failure to comply with the Court's order. The Clerk of the Court shall enter judgment accordingly and close this case.

It is further ordered that no certificate of appealability shall issue as reasonable jurists would not find this decision to be debatable or wrong.

It is further ordered that the Clerk shall add Aaron D. Ford, Nevada Attorney General, as counsel for Respondents, and electronically serve upon Respondents a copy of this order. No response is necessary.

DATED THIS 26th day of April, 2023.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE